IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANQUENETTE WALDEN, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:24-CV-0097-SDJ-AGD |
| v. | § § | |
| COMMISSIONER, SSA, | § § | |
| Defendant. | § § § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 4, 2025, the Magistrate Judge entered a Report, (Dkt. #16), recommending that the decision of the Commissioner be reversed and remanded. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** for further proceedings.

So ORDERED and SIGNED this 13th day of September, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE