IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANQUENETTE WALDEN, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:24-CV-00097-SDJ-AGD |
| v. | § § | |
| COMMISSIONER, SSA, | § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge, which recommended that this case be reversed and remanded, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** for further proceedings.

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 13th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE